No. 79–4. WILLIAMS ET AL. *v.* ZBARAZ ET AL.;

No. 79–5. MILLER, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* ZBARAZ ET AL.; and

No. 79–491. UNITED STATES *v.* ZBARAZ ET AL. D. C. N. D. Ill. [Probable jurisdiction postponed, 444 U. S. 962]; and

No. 79–1268. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* McRAE ET AL. D. C. E. D. N. Y. [Probable jurisdiction noted, 444 U. S. 1069.] Motion of the Solicitor General to consolidate the cases for oral argument denied. Motion of intervening appellees and appellees in No. 79–1268 for divided argument denied. Motion of Congressman Jim Wright et al. for leave to participate in oral argument as *amici curiae* in No. 79–1268 denied. Motions of Coalition for Human Justice and Bergen-Passaic Health Systems Agency for leave to file briefs as *amici curiae* in No. 79–1268 granted.

No. 79–669. DAWSON CHEMICAL CO. ET AL. *v.* ROHM & HAAS CO. C. A. 5th Cir. [Certiorari granted, 444 U. S. 1012.] Motions for leave to file briefs as *amici curiae* filed by the following were granted: Chemical Manufacturers Assn., Pharmaceutical Manufacturers Assn., New York Patent Law Assn., Licensing Executives Society (U.S.A.), Inc., American Chemical Society, National Agricultural Chemicals Assn., Society of University Patent Administrators et al., National Small Business Assn., and National Association of Manufacturers. Motion of American Patent Law Assn. for leave to join in the brief, *amicus curiae,* of the National Agricultural Chemicals Assn. denied. Motion of National Agricultural Chemicals Assn. for additional time for oral argument denied, but the alternative request for divided argument granted.

No. A–750 (79–1258). CONFEDERATION OF IRANIAN STUDENTS *v.* CIVILETTI, ATTORNEY GENERAL. C. A. D. C. Cir. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied. MR. JUSTICE BRENNAN would grant the application.